IN THE TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
Austin Texas 78711

82,173

GREGORY W. McALLISTER
Hutchins State Jail
1500 EAST LANGDON ROAD
DALLAS TEXAS, 75241

( PETITIONER )

VS

THE HONORABLE Judge Tracy Holmes
OF THE 363rd DISTRICT COURT DALLAS COUNTY TEXAS
Frank Crowley Courts Building
133 N. Riverfront Blvd
DALLAS TEXAS 75207-4399

( RESPONDENT )

TRIAL COURT NO W11-55238-WCA)
WR - 82,173-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

## APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE Judge OF SAID COURT:

COMES NOW GREGORY W. McAllister the Petitioner in the above styled and numbered case Respectfully files this Application for WRIT OF MANDAMUS AND IN SUPPORT OF THIS APPLICATION the PETITIONER would show as follows.

## JURISDICTON

The Petitioner shows that this HONORABLE COURT has Jurisdicta over this case because the RESPONDENT is THE HONORABLE Judge TRACY Holmes OF The 363rd Judicial District COURT IN DALLAS COUNTY Texas And that COURT falls Under The JURISDICTON OF The TEXAS COURT OF CRIMINAL APPEALS And Therefore this HONORABLE COURT MAINTAINS JURISDICTON Over This case.

(1)

## STATEMENT OF FACTS

ON OR ABOUT THE 14th day of Nov. 2013 the Petitioner was convicted of the Offense of Agg. Assault/Family Violence And sentenced To serve 7 years within The Texas Department of Criminal Justice Institutional Division And on the 10th day of Dec. 2014 the Petitioner filed A Post Conviction Application For writ of Habeas Corpus Pursuant to Article 11.07 of The Texas Code of Criminal Procedure And on The 14th Day of January 2015 the Honorable Court of Criminal Appeals issue An Order to The Respondent, the Honorable Judge Tracy Holmes to Remand the Case For An Evidentiary Hearing or Affidavits And to make a Fact Finding And Conclusion of Law by the 21st day of May 2015. The Petitioner Shows that Such Time Period has Expired And the Respondent the Honorable Judge Tracy Holmes has Failed to comply with The Court of Criminal Appeals Orders.

### PARTYS

PETITIONER: GREGORY W. McALLISTER # 1899662
HUTCHINS State Jail 1500 East Langdon Road
Dallas Texas 75241

RESPONDENT: THE HONORABLE Judge Tracy Holmes of the
363rd DISTRICT COURT Dallas County Texas
Frank Crowley Courts Building 133 N. River
Front Blvd Dallas Texas 75207-4399

(2)

## PETITIONERS CONTENTION

IT IS the PETITIONERS CONTENTION that NOT ONLY has THE RESPONDENT violated the time LIMITATIONS PURSUANT to Article 11.07 OF THE Texas code OF Criminal Procedures IN RELATION to THE Time Period to make a FACTS Finding AND CONCLUSIONS OF Laws but the RESPONDENT has FAILED to Abide by the ORDER ISSUED by the HONORABLE Texas COURT OF Criminal APPEALS which ORDER THE RESPONDENT to make a RESPONSE by the 21st day of May 2015 AND the RESPONDENT has FAILED TO DO SO.

## PETITIONERS REQUEST

The PETITIONER RESPECTFULLY REQUEST this HONORABLE COURT OF CRIMINAL APPEALS to ISSUE A WRIT OF MANDAMUS DEMANDING AND COMMANDING The RESPONDENT to make A RESPONSE to the COURTS ORDER WITHIN (10) days AND (OR ALTERNATIVELY GRANT the PETITIONERS Habeas Relief

WHEREFORE PREMISES CONSIDERED The PETITIONER Prays That This HONORABLE COURT WOULD ISSUE A WRIT OF MANDAMUS DEMANDING AND COMMANDING The TRIAL COURT TO ISSUE ITS FACTS Findings AND CONCLUSIONS OF LAW within (10) days AND OR ALTERNATIVELY ORDER THE PETITIONERS Relief be GRANTED

RESPECTFULLY Submitted

Gregory McAllister #1899662

PETITIONER

(3)

IN THE TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL Station
AUSTIN TEXAS 78711

GREGORY W. Mc ALLISTER
(PETITIONER)

VS

THE HONORABLE JUDGE Tracy Holmes
(RESPONDENT)

WRIT SUMMARY

PETITIONER: GREGORY W. Mc ALLISTER # 1899662 HUTCHINS State Jail
1500 EAST LANGDON ROAD Dallas Texas 75241

RESPONDENT: The HONORABLE JUDGE Tracy Holmes 363rd DISTRICT COURT
DALLAS COUNTY Texas 133 N. Riverfront Blvd Dallas TBC 75207

ACTION challenged: After the PETITIONER Filed his POST CONVICTION APP-
LICATION FOR WRIT OF HABEAS CORPUS WITH THE TRIALS COURT
who Forwarded the same TO THE TEXAS COURT OF
CRIMINAL APPEALS IN AUSTIN Texas. The COURT OF
CRIMINAL APPEALS Order the RESPONDENT to either
conduct a EVIDENTIARY hearing And/or submit a
Fact Finding And CONCLUSIONS OF LAW by The 21st
day of May 2015 And to This date The
RESPONDENT has Not Complied With That Order

Relief sought: The PETITIONER seeks that this Honorable
COURT ISSUE A WRIT OF MANDAMUS Demanding
And COMMANDING THE RESPONDENT to issue a Fact
FINDING AND CONCLUSION OF Law WITH IN (10) days
And /or ALTERNATIVELY GRANT the PETITIONER
the Relief he seeks IN his HABEAS APPLICATION

RESPECTFULLY Submitted
Gregory McAllister 1899662
PETITIONER

(4)

IN THE TEXA COURT OF CRIMINAL APPEALS

GREGORY W McAllisTer

(PETITIONER)

VS

THE HONORable Judge Tracy Holmes

(RespondenT)

## APPLICATION TO Proceed iN FORMA PAPUS

I GREGORY W. McAllister DO HEARBY state under OATH ON This 13th day of July 2015 that I Am the PETITIONER iN The Above STYLED And NumbeRed case And that I believe that I Am EntiTled to Proceed without The Cost of Filing Fee due to The FacT that I Am INDIGENT. I Am CurreNTly AS INMATE within (T.D.C.J.I-D) And therefor I Am UNEmployed And have NO source OF INCOME. I do NOT have ANY FUNDS OF what so ever nature IN Any Bank, NO checking NOr Saving ACCOUNT, NO stocks or Bonds And NOThing Of Value And I thereby move The court to Allow me to Proceed IN FORMA PAPUS

RespectFully Submitted

Gregory McAllister #1899662
PETITIONER

(5)

# CERTIFICATE OF SERVICE

I GREGORY W MCAllisTer DO HeerBY STATE under OATH that A True AND correct COPY OF THe Above AND Attached APPlication For writ OF MANdamus was mailed oN The 13th day of July 2015 to The FOLLOWING PARTY'S

ONe COPI was mailed ON The same Above date TO The Texas COURT OF CRIMINAL APPeals LOCaTed At P.O. Box 12308 CAPITOL STATiON AustiN Texas 78711

ONe COPI was mailed to The HONORable Judge TRACY Holmes OF The 363rd DisTrict CORT Dallas COUNTY Texas LOCATed At The Frank CROwley COURTS Building 133 N. RiverFrONT Blvd Dallas Texas 75207

Respectfully submitted
Gregory McAllister 1899662
PeTiTioner